No. 03–10527. KLAT *v.* CALIFORNIA BOARD OF REGISTERED NURSING, *ante,* p. 918; and

No. 03–10721. KLAT *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA, SAN DIEGO, *ante,* p. 918. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.

No. 03–6389. WILEY *v.* MCKEE, WARDEN, 540 U. S. 1008. Motion for leave to file petition for rehearing denied.

NOVEMBER 17, 2004

No. 04A417. FUENTES *v.* TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

NOVEMBER 18, 2004

No. 04A423 (04–7271). KUNKLE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court. THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, and JUSTICE THOMAS would deny the application for stay of execution.

NOVEMBER 22, 2004

No. 04–338. ESPARZA ET UX., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ESPARZA, DECEASED *v.* ANDREWS INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.